UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHINELO N. EGWUATU,

    Plaintiff,

v.                                                              CASE NO.: 8:10-cv-2587-T-23TBM

HILLSBOROUGH COMMUNITY
COLLEGE, et al.,

    Defendants.
_____/

## **ORDER**

On January 28, 2011, Magistrate Judge Thomas B. McCoun, III, issued a report that recommends (1) denying the pro se plaintiff's construed, amended motion to proceed in forma pauperis ("IFP") and (2) dismissing the complaint. After reviewing both the amended motion (Doc. 10) and the complaint (Doc. 1), Judge McCoun determined (1) that the plaintiff fails to qualify as indigent, (2) that the plaintiff has the means to pay the filing fee, (3) that the complaint fails to state a claim, and (4) that the complaint fails to comply with both the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida.[1] The plaintiff objects[2] (Doc. 12) to the report and recommendation and states that she cannot pay the filing fee and proceed with this action. A *de novo* determination of those portions of the report and recommendation to

---

[1] For example, the plaintiff fails to comply with Local Rule 1.05(a), which describes the proper form (including double-spaced, twelve-point type) of a pleading or other paper tendered for filing in the Middle District of Florida.

[2] The plaintiff's objection fails to comply with Local Rule 3.01(f), which prohibits a request for relief "addressed or presented to the Court in the form of a letter or the like."

which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution.  Accordingly, the report and recommendation (Doc. 11) is **ADOPTED**, the IFP motion (Doc. 10) is **DENIED**, and the complaint is **DISMISSED**.  To the extent that the plaintiff lacks the means to retain legal counsel, the plaintiff should consider the availability of legal assistance from a Tampa-area legal aid organization, such as Bay Area Legal Services.  The plaintiff must, however, pay the filing fee.  If the plaintiff pays the filing fee, the plaintiff may no later than **March 4, 2011**, file an amended complaint.  Failure to comply with this order will result in dismissal without further notice.

     ORDERED in Tampa, Florida, on February 11, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE